**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Thomas Joseph SKAVINSKY,
Sr., Defendant–Appellant.**

No. 02–10163.

D.C. No. CR–98–00601–ROS.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 17, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

## MEMORANDUM**

Thomas Joseph Skavinsky, Sr. appeals the revocation of supervised release and imposition of a ten-month sentence, following his violation of a special condition set forth in his original sentence for violation of 21 U.S.C. § 841.

Counsel for Skavinsky has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that he is unable to find issues that warrant review, and a motion to withdraw as counsel of record. Skavinsky has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues for review. Because we find the appeal to be without merit, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.